Appellant.— Judgment of the County Court of Nassau county unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Scudder and Tompkins, JJ.

HARRY M. LEVY, Appellant, v. DONNER & ARANOFSKY, INC., Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

ISIDORE LEVY, Appellant, v. DONNER & ARANOFSKY, INC., Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

LIFLAND HOLDING CORPORATION, Appellant, v. KENNETH ROGERS CONSTRUCTION COMPANY, INC., Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

HARRY LIPSHITZ, Respondent, v. SAMUEL MITCHELL and Others, Individually and as Copartners, Doing Business as MITCHELL & WEBER, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ.

MIDDLENECK BUILDING CORPORATION, Respondent, v. MAX GREENBERG, Appellant.— Order reversed upon the law and the facts, with ten dollars costs and disbursements, and motion for a mandatory injunction denied, with ten dollars costs. It is our opinion that the pleadings present material issues of fact which should be tried and which cannot properly be disposed of on motion by affidavit. Lazansky, P. J., Rich, Young, Scudder·and Tompkins, JJ., concur.

MICHAEL MINGINO and Others, on Behalf of Themselves and All Other Residents or Property Owners in the Borough of Brooklyn, County of Kings, New York, Similarly Situated, Respondents, v. YELLOW TAXI CORPORATION, NEW YORK, Appellant.— Order confirming report of official referee and adjudging defendant guilty of contempt unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Carswell, Scudder and Tompkins, JJ.

NASSAU-QUEENS ABSTRACT AND MORTGAGE CORPORATION, Appellant, v. FRANK D'ATRI and Others, Respondents. (Action No. 1.) — Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

JOHN C. PFUHLER, Appellant, v. JOHN KOGER, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HYMAN BERMAN, Appellant.— Judgment of conviction of the Court of Special Sessions of the City of New York, Borough of Brooklyn, unanimously affirmed. No opinion. Present — Lazansky, P. J., Rich, Young, Scudder and Tompkins, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JACOB GOODKIN, Appellant.— Judgment of conviction of the Court of Special Sessions of the City of New York, Borough of Brooklyn, reversed upon the law and the facts, information dismissed and bail exonerated. The evidence was insufficient to show a violation of section 982 of the Penal Law.█ (*People* v. *Kopper*, 253 N. Y. 83.) Lazansky, P. J., Rich, Young, Scudder and Tompkins, JJ., concur.